UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BONITA FABRICS, INC.,

                 Plaintiff,

      -against-

KIRAT S. ANAND, AN INDIVIDUAL, DBA
KAS NEW YORK

                 Defendant.
-------------------------------------------------------X

Case No.: 12-misc-408

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that Defendant Kirat S. Anand ("Kirat") by and through his attorneys, Sabharwal & Finkel LLC, will move this Honorable Court, under Rule 12 and/or other applicable rules, on April 12, 2013 to dismiss this miscellaneous proceeding and this motion to quash subpoenas issued pursuant to this proceeding. Such motions are based on lack of jurisdiction over Kirat of the California Court (the United States District Court, Central District of California, Western Division) that issued the default judgment on which this proceeding is based. These motions are supported by the accompanying Affidavit of Defendant Kirat S. Anand and the accompanying Memorandum of Law.

      Answering papers are due within fourteen (14) days in accordance with the applicable Local Rules.

Dated: New York, New York
      March 25, 2013

SABHARWAL & FINKEL, LLC

By:   Adam Finkel
      Rohit Sabharwal
      350 Fifth Avenue, 59th Floor
      New York, New York 10118
      Email: Rohit@sabilaw.com
      Tel:  (212) 601-2882
      Fax: (212) 601-2883