UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONITA FABRICS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> KIRAT ANAND, AN INDIVIDUAL, DBA KAS NEW YORK, <br><br> Defendant. | Case No.: 12 Misc. 408 <br><br> (Sweet, D.) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/13

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Lewis & Lin LLC is substituted in place of the law firm Sabharwal & Finkel, LLC as counsel of record for Defendant Kirat Anand, misidentified in the caption herein as "Kirat Anand, an individual, dba KAS New York," ("Defendant").

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation and Order of Substitution of Counsel may be executed in one or more counterparts each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Signed signature pages may be transmitted by facsimile, and any such signature shall have the same legal effect as an original.

PLEASE TAKE NOTICE that, subject to approval by the court, all further pleadings, notices of hearing, and other filings in this action should be served upon the following incoming counsel:

> Brett E. Lewis (brett@ilawco.com)
> David D. Lin (david@ilawco.com)

1

Justin Mercer (justin@ilawco.com)
LEWIS & LIN LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel.: (718) 243-9323
Fax: (718) 243-9326

PLEASE NOTE FURTHER that, pursuant to Local Civil Rule 1.4, the undersigned counsel conferred with counsel for Plaintiff, Jessica Pearce, Esq., and is authorized to represent that Plaintiff does not oppose the substitution herein.

I consent to the above substitution.

_____
KARIT ANAND

SABHARWAL & FINKEL, LLC

By: _____
Adam Finkel
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel: (212) 601-2882
Fax: (212) 289-2296

*Outgoing Counsel for Defendant*

LEWIS & LIN, LLC

By: _____
Justin Mercer
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Incoming Counsel for Defendant*

SO ORDERED:

_____ 9/25, 2013
The Hon. Robert W. Sweet

2